IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03220-DDD-KLM

KATHARINE A. MCINTYRE,

Plaintiff,
v.
ANIL MEREDDY, DEEPIKA MEREDDY, and
SHIV SURAJ RENTAL, LLC,

    Defendant.

---

**NOTICE OF BANKRUPTCY FILING BY PLAINTIFF KATHARINE A. MCINTYRE**

---

      Defendants Anil Mereddy, Deepika Mereddy, and Shiv Suraj Rental, LLC ("Defendants"), by and through counsel RUEBEL & QUILLEN, LLC, hereby notify the Court that Plaintiff Katharine A. McIntyre has filed for Chapter 13 Bankruptcy Protection on February 19, 2021 in the U.S. Bankruptcy Court for the District of Maryland, Case Number 21-10989 DER. *See*, Notice of Chapter 13 Bankruptcy Case, attached as **Exhibit A**.

      RUEBEL & QUILLEN, LLC

      By: *Julia L. Morgenthau*
      8461 Turnpike Drive, Suite 206
      Westminster, CO 80031
      Telephone: 888-989-1777
      FAX: 303-362-5724
      Email: julia@rq-law.com
      *Attorneys for Anil Mereddy, Deepika Mereddy and Shiv Suraj Rental, LLC*

1

## CERTIFICATE OF SERVICE

 The undersigned hereby certifies that, on this 4th day of March 2021, a true and correct copy of the foregoing **Notice of Bankruptcy Filing by Plaintiff Katharine A. McIntyre** was served via ECF on the following:

ALL COUNSEL OF RECORD

            <u>*s/ Susan Pensiero*</u>
            Susan Pensiero
            *Paralegal for Defendant*
            *Anil Mereddy, Deepika*
            *Mereddy and Shiv Suraj Rental, LLC*