IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03220-DDD-KLM

KATHARINE A. MCINTYRE,

Plaintiff,

v.

ANIL MEREDDY, DEEPIKA MEREDDY, and
SHIV SURAJ RENTAL, LLC,

Defendants.

## STATUS REPORT

Defendants Anil Mereddy, Deepika Mereddy, and Shiv Suraj Rental, LLC ("Defendants"), by and through counsel RUEBEL & QUILLEN, LLC, hereby submit the following Status Report:

1. Defendants filed their Motion to Dismiss on December 4, 2020 at Dkt. 11. The Motion to Dismiss is fully briefed and ripe for the Court's review.

2. On February 19, 2021 Plaintiff Katharine A. McIntyre filed for Chapter 13 Bankruptcy Protection in the U.S. Bankruptcy Court for the District of Maryland, Case Number 21-10989 DER.

3. Ms. McIntyre is the debtor-in-possession of the chapter 13 estate and therefore has authority to prosecute her claims for the estate. *See*, 11 U.S.C. §1303 and Fed.R.Bankr.P. 6009. These claims are not barred by the automatic stay under 11 U.S.C. §362.

4. Defendants file this status report to inform the Court that the Motion to Dismiss is ripe for review and this case is not stayed by Ms. McIntyre's bankruptcy petition.

DATED: March 25, 2021

1

RUEBEL & QUILLEN, LLC

By: *Julia L. Morgenthau*
Julia Morgenthau, #37874
8461 Turnpike Drive, Suite 206
Westminster, CO 80031
Telephone: 888-989-1777
FAX: 303-362-5724
Email: julia@rq-law.com
*Attorneys for Anil Mereddy, Deepika Mereddy and Shiv Suraj Rental, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 25th day of March 2021, a true and correct copy of the foregoing **Status Report** was served via ECF on the following:

ALL COUNSEL OF RECORD

*s/ Susan Pensiero*
Susan Pensiero
*Paralegal for Defendant
Anil Mereddy, Deepika
Mereddy and Shiv Suraj Rental, LLC*

2