IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03220-DDD-KLM

KATHARINE A. MCINTYRE,

Plaintiff,

v.

ANIL MEREDDY, DEEPIKA MEREDDY, and
SHIV SURAJ RENTAL, LLC,

Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Defendants Anil Mereddy, Deepika Mereddy, and Shiv Suraj Rental, LLC ("Defendants"), by and through counsel RUEBEL & QUILLEN, LLC, and Plaintiff Katharine McIntyre ("Plaintiff") hereby file this STIPULATION OF DISMISSAL WITH PREJUDICE and in support thereof state as follows:

Plaintiff and Defendants stipulate and jointly move for dismissal with prejudice of all claims asserted between Plaintiff and Defendants in this action.

Each party shall bear their own costs and fees incurred in this action.

DATED: July 28, 2021                                 DATED: 7/30/21

RUEBEL & QUILLEN, LLC

By: *Julia L. Morgenthau*
Julia Morgenthau, #37874                             Katharine A. McIntyre
8461 Turnpike Drive, Suite 206
Westminster, CO 80031
Telephone: 888-989-1777
FAX: 303-362-5724
Email: julia@rq-law.com
*Attorneys for Anil Mereddy, Deepika Mereddy and Shiv Suraj Rental, LLC*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 2nd day of August 2021, a true and correct copy of the foregoing **Stipulation of Dismissal with Prejudice** was served via ECF on the following:

Katharine McIntyre
2 Heritage Hills Court
Kingsville, MD 21087

*s/ Susan Pensiero*
Susan Pensiero
*Paralegal for Defendant*
*Anil Mereddy, Deepika*
*Mereddy and Shiv Suraj Rental, LLC*
